IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAMERON CHRISP,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL GOVERNMENT, and STATE OF NEBRASKA,<br><br>　　　　　Defendants. | 8:25CV22<br><br>**MEMORANDUM AND ORDER** |

　　On January 28, 2025, the Court ordered Plaintiff to pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 4. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

　　IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

　　Dated this 7th day of March, 2025.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge